Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Laureen Frausto

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LAUREEN FRAUSTO, | Case No.: CV12-4964 SJO JEM |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:  October 29, 2012

/s/John E. McDermott
THE HONORABLE JOHN E MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

-1-

1 | DATE: October 24, 2012

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING
BY: /s/ *Steven G. Rosales*
_____
Steven G. Rosales
Attorney for plaintiff Laureen Frausto

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER CV12-4964 SJO JEM**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 24, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Steven G. Rosales*

_____
Steven G. Rosales
Attorneys for Plaintiff
_____

-3-